# EXHIBIT 1

ALIBABACOIN

Distribution Shopping Social Contribution Team Contact White Paper

Welcome to ALIBABACOIN Foundation

ABBC is a technology optimized for distribution, finance, shopping, security, using blockchain technology.

available on Google Store | available on Apple Store | available on Windows Store

# ICO STAGE 2

STAGE 2 Starts In

Days 00 : Hours 00 : Minutes 00 : Seconds 00

## ICO Progress (Crowdsale Starts on 00h March 16, 2018)

Participate in Private Sale




# ROADMAP

Whitepaper & Foundation




## CEO Greeting



## Facial Recognition

## Paying With Your Face

## Blockchain Implementation

## ABBC's Unique Blockchain

## ABBC is a Prepared System for Combining Global Platforms

## Social contribution

To survive in the modern business world, your company needs to take stand – a social stand, that is.

Today's consumers are looking for more than just high-quality products and se[...] a purchase. They're prioritizing corporate social responsibility (CSR), and hold[...] accountable for effecting social change with their business beliefs, practices a[...]

"While the tenants of social responsibility will continue to be grounded in tangi[...] elements – such as ethical workplace practices or energy efficiency – compan[...] to share more intangible values – such as what they stand for and what they a[...] for, More

UNICEF | Doctors Without Borders

[...]d Family go to one goal, one ideal. All mind-skills are shared with the blockchain technology.

[...]bai!



## Alibabacoin Foundation Team

**Founder & CEO**

### Jason Daniel Paul Philip

Solidity Developer Tech entrepreneur and highly skilled programmer with 8+ years' experience Expert in blockchain, cryptocurrency & ICO development. Full stack developer with more than 8 years experience in javascript (node.js), C# , as well as in general mobile and web application developer.

**Co-founder & CTO**

### Hassan Abbas

12+ years Full Stack Developer blockchain experience Co-founder of Reactive Space Expert in Solidity and Ethereum Developer 4 years of experience in Ecommerce as System Architecture.

## Block-Chain Developers Team

**Lead Developer**

### Umer Farooq

12+ years Full Stack Developer blockchain experience Co-founder of Reactive Space Expert in Solidity and Ethereum Developer 4 years of experience in Ecommerce as System Architecture.

**Developer**

Zeeshan Butt
Software developer with 3 years' experience Expert in android and wallet development Expert in logics,web programming,native Android Application.

## IOS Developers Team

**Lead IOS Developer**

Jene Claude
Open Source App Designer / Developer - Steem, SBD (Steem Dollar) 3+ years' experience in Swift and Objective-C 6 years' experience in Front-end Web Development (Php, JS, etc) 6 years' experience in Graphics Design (AI, Photoshop, Etc)

**IOS Developer**

Faheem Lmitiaz
5years experience in web-development including back-end development (Node.js, Ruby on Rails, Elixir/Phoenix) and front-end development (Ember.js, React, Angular).

## Financial Management Team

**Finance Manager**

Umer Abbas
8 years' experience in Financial Accounting In-depth experience in Real Estate, Construction, contracting, services, wholesale & retail trading.

**Finance Adviser**

Zoia Shirobokova
Experience in administering policies, practices and procedure.

## Marketing Team

**Marketing Manager**

IVAN
5 year digital marketing experience in Russia Developing marketing strategy, coordinating marketing campaigns with sales activities. Developing and implementing CRM

**Senior Marketing Manager**

Imran Rathor
4 years' experience with SEO and content writing Digital and Social Media marketer

# Are You a Developer?

We are a new global team, and we are looking new members to join or development team. If you are a blockchain specialist, a coin developer, a financial expert, or a marketing specialist and want to join our technical development team, send your resume to us and we will reply you as soon as possible.

**Legal Representatives**
HAMDAN ALSHAMSI
www.alshamsilegal.com

**ALIBABACOIN FOUNDATION E-mail.**
support@alibabacoinfoundation.com
sales@alibabacoinfoundation.com
info@alibabacoinfoundation.com

**Corporate Address**
Business Center, Al Shmookh Building, UAQ free Trade Zone, Umm Al Quwain, U.A.E.
**Foundation Address**
Floor # 24 Al-Manara Tower, Al-Braj Street, Business Bay U.A.E.
**Belarus Foundation Address**
Office 3, room 21B, 66 Karl Liebknecht Street, Postcode: 220036, Minsk, Belarus.
**Legal Representative Address**
Floor # 16 Al-Manara Tower, Al-Braj Street, Business Bay U.A.E.

available on Google Store | available on Apple Store | available on Windows Store