UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

ALIBABA GROUP HOLDING
LIMITED,
                     Plaintiff,                    18-CV-2897 (JPO)

               -v-                                  ORDER

ALIBABACOIN FOUNDATION, et al.,
                     Defendants.

---------------------------------------------------------

J. PAUL OETKEN, District Judge:

    For the reasons given at the hearing on April 13, 2018, the temporary restraining order entered on April 3, 2018, shall remain in effect through April 30, 2018.

    SO ORDERED.

Dated: April 16, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge