UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALIBABA GROUP HOLDING LIMITED,

                Plaintiff(s),

              v.

ALIBABACOIN FOUNDATION a/k/a ABBC
FOUNDATION, ABBC BLOCK CHAIN IT
SOLUTIONS LLC, ALIBABACOIN
GENERAL TRADING FZE, ALIBABACOIN
FOUNDATION LLC, JASON DANIEL PAUL
PHILIP, HASAN ABBAS,

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 18-cv-02897- JPO

## CERTIFICATE OF SERVICE

I, Anne C. Lefever, hereby certify that on this 25th day of May, 2018, I caused true and correct copies of the NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND MOTION TO EXTEND DEADLINES FOR EXPEDITED JURISDICTIONAL DISCOVERY, DECLARATION OF ANNE C. LEFEVER and EXHIBIT attached thereto, and MEMORANDUM OF LAW, to be served by ECF notification on all parties registered to receive notices in the case and via FedEx International on the following Defendants.

**Alibabacoin Foundation a/k/a ABBC Foundation,**
Floor #11, One by Omniyat, Business Bay, Dubai, U.A.E

**ABBC Block Chain IT Solutions LLC**
Floor #24 Al-manara Tower, AI-Braj Street, Business Bay, Dubai, U.A.E

**Alibabacoin General Trading FZE**
Business Center, A1 Shmook Building, UAQ Free Trade Zone, Umm A1 Quwain, U.A.E

4850-8337-5206.v2

**Alibabacoin Foundation LLC**
Office 3, room2113, 66 Karl Liebnecht Street Postcode:220036, Minsk, Belarus

**Jason Daniel Paul Philip**
c/o ALIBABACOIN Foundation
Floor #11, One by Omniyat, Business Bay, Dubai, U.A.E


New York, New York
Dated:   May 25, 2018

                                                /s/ Anne C. Lefever
                                                Anne C. Lefever

4850-8337-5206.v2